DOC # 1

WOOD, J

PART I

MICHAEL R. SCOLNICK (MS9984)
Michael R. Scolnick, P.C.
175 Burrows Lane
Blauvelt, New York 10913
Telephone (845) 354-9339
Facsimile (845) 365-1506
*Attorneys for Plaintiff*

JUDGE SULLIVAN
REQUEST TO PROCEED
*IN FORMA PAUPERIS*

07 CIV 7847

MEMO ENDORSED

United States District Court
Southern District of New York

ANTHONY RIVERA

    Plaintiff,

-against-

CITY OF NEW YORK, the NEW YORK CITY DEPARTMENT OF CORRECTIONS, "JOHN DOE One through Five," names being fictitious, true names being unknown to plaintiff, persons intended being those employees of the New York City Department of Corrections whose acts or omissions resulted in the events complained of in this action; and "RICHARD ROE One through Five," names being fictitious, true names being unknown to plaintiff, persons intended being those employees of the New York State Division of Parole whose acts or omissions resulted in the events complained of in this action.

    Defendants.

M-120  Doc #9

MICROFILM  AUG 28 2007

I, **ANTHONY RIVERA**, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed: **I am not employed**
   a) give the name and address of your employer

   b) state the amount of your earnings per month

2. If you are **NOT PRESENTLY EMPLOYED:**
   a) state the date of start and termination of your last employment
   **1997, less than 1 month**
   b) state your earnings per month. **$540.00**

   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

[U.S. DISTRICT COURT FILED AUG 21 2007 S.D. OF N.Y.]

**SO ORDERED:**
8-13-07

[signature] Wood

PART I

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

NYC Welfare, $188 Food Stamps, $62.50 cash

4. Do you own any cash or do you have money in a checking or savings account?

YES____ NO ✓  (Including any funds in prison accounts)
If the answer is yes, state the total value owned.

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?
YES ✓ NO____
If the answer is yes, describe the property and state its approximate value.

Clothing valued less than $100.00

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

Son, Jacob Rivera 2yrs old, lives with his mother, presently 0

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

I live with my son's mother and grandmother, I am unable to contribute

8. State any special financial circumstances which the court should consider in this application.

My criminal record makes it impossible for me to find work

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of April, 2007.
    (day)           (month)         (year)

Anthony Rivera
(signature)