# Michael R. Scolnick, P.C.
*Attorney at Law*
175 Burrows Lane
Blauvelt, New York 10913
Phone (845)354-9339   Fax (845)365-1506

*"The only foolish question is the one you don't ask."*

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08

December 28, 2007

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street - Room 615
New York, New York 10007

        Re:      Rivera v New York City
        Index No.:  07CIV7847

Dear Judge Sullivan:

I respectfully request that the conference now scheduled before the Court for January 7, 2008 be adjourned to some later date as I must attend court-ordered depositions in another matter at the very same time.

Opposing counsel has consented to an adjournment as there have been no previous requests for adjournment or extension. This adjournment would not affect any other scheduled dates as this conference was to establish a Scheduling Order.

Thank you for your courtesy in this matter.

Respectfully submitted,

MICHAEL R. SCOLNICK

MRS/nm

cc:   Morgan Kunz, Esq
      New York City Law Department
      100 Church Street
      New York, NY 10007

*Conference previously rescheduled to 1/18/07 @ 11 AM.*

SO ORDERED
Dated: 1/4/07
RICHARD J. SULLIVAN
U.S.D.J.