UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY RIVERA,
                      Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,
                      Defendants.

No. 07 Civ. 7847 (RJS)

SCHEDULING ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

RICHARD J. SULLIVAN, District Judge:

    Following a pre-motion conference held on January 18, 2008, the Court hereby grants Plaintiff leave to amend the complaint by February 8, 2008. Should Plaintiff choose not to submit an amended complaint, Plaintiff must inform the Court and his adversaries of that fact by letter no later than February 8, 2008.

    Defendant's motion is due on March 10, 2008.

    Plaintiff's opposition is due on March 30, 2008.

    No reply brief is authorized.

    The Court will subsequently schedule a date for oral argument, if necessary.

SO ORDERED.

Dated:    January 18, 2008
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE