SULLIVAN, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

------------------------------------------------------------x

ANTHONY RIVERA,

                          Plaintiff,

-against-

CITY OF NEW YORK, the NEW YORK CITY
DEPARTMENT OF CORRECTIONS, "JOHN DOE One
through Five," names being fictitious, true names being
unknown to plaintiff, persons intended being those
employees of the New York City Department of
Corrections whose acts or omissions resulted in the events
complained of in this action; and "RICHARD ROE One
through Five," names being fictitious, true names being
unknown to plaintiff, persons intended being those
employees of the New York State Division of Parole whose
acts or omissions resulted in the events complained of in
this action,

                          Defendants.

------------------------------------------------------------x

**STIPULATION AND ORDER
OF DISMISSAL**

07 Civ. 7847 (RJS)

    **WHEREAS,** plaintiff commenced this action by filing a complaint on or about September 11, 2007 in the Southern District of New York; and

    **WHEREAS,** at the time of the filing of this complaint plaintiff was and continues to be represented by Michael R. Scolnick, Esq.; and

    **WHEREAS,** plaintiff named the City of New York, the New York City Department of Correction, and "John Doe One through Five" employees of the City of New York (hereinafter "City defendants"), as defendants in this case; and

    **WHEREAS,** plaintiff and the City defendants desire to resolve the issues raised in this matter as against the City of New York, the New York City Department of Correction, and "John Doe One through Five" employees of the City of New York, without further proceedings and without admissions of fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

Plaintiff agrees to dismiss this action, with prejudice, as against the City of New York, the New York City Department of Correction, and "John Doe One through Five" employees of the City of New York, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:   New York, New York
         _____, 2008

| | |
|---|---|
| Michael R. Scolnick, P.C.<br>175 Burrows Lane<br>Blauvelt, New York 10913<br>(518) 436-4343<br><br>By: _____<br>Michael R. Scolnick, Esq. | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants<br>100 Church Street, Room 3-195<br>New York, New York 10007<br>(212) 788-0422<br><br>By: _____<br>Morgan D. Kunz<br>Assistant Corporation Counsel |

SO ORDERED:

_____
Hon. Richard J. Sullivan, U.S.D.J.

4/18/08

2