UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ANTHONY RIVERA,**

                    **Plaintiffs,**

-v-

**MICHAEL CARROLL, ET AL,**
                    **Defendants.**

Case No. 07-CV-07847(RJS)
ORDER
ECF

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

RICHARD J. SULLIVAN, District Judge:

The Court hereby ORDERS that the parties appear for a pre motion conference in this case. The conference shall be held on June 20, 2008 at 10am in the United States Courthouse for the Southern District of New York, Courtroom 21C- 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:     June 16, 2008
               New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE