UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/02/09
```

ANTHONY RIVERA,

                  Plaintiff,

-v-

MICHAEL CARROLL, *et al.*,

                  Defendants.

No. 07 Civ. 7847 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiff's counsel, with a copy sent via email to Defendants' counsel, informing the Court that "there is cause for [him] to apply to the Court to be relieved as the attorney for the plaintiff." Plaintiff's counsel would prefer, however, to submit an affidavit in support of his motion to withdraw under seal. "[I]t is appropriate for a Court considering a counsel's motion to withdraw to consider in camera submissions in order to prevent a party from being prejudiced by the application of counsel to withdraw." *Weinberger v. Provident Life and Casualty Insurance Co.*, No. 97 Civ. 9262 (JGK), 1998 WL 898309, at *1 (S.D.N.Y. Dec. 23, 1998); *see also Team Obsolete Ltd. v. A.H.R.M.A. Ltd.*, 464 F. Supp. 2d 164, 165 (E.D.N.Y. 2006).

    Accordingly, IT IS HEREBY ORDERED THAT should Plaintiff's counsel wish to withdraw, he shall move to do so and then submit, under seal, supporting materials to the Court no later than November 10, 2009.

SO ORDERED.

Dated: November 2, 2009
         New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE