UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDS SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____                 │
│ DATE FILED:  11/23/09           │
└─────────────────────────────────┘
```

ANTHONY RIVERA,

          Plaintiff,

-v-

MICHAEL CARROLL, *et al.*,

          Defendants.

No. 07 Civ. 7847 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Plaintiff's counsel's motion to withdraw as Plaintiff's counsel

(Doc. No. 34), as well as a supporting affidavit, which was filed under seal (Doc. No. 35-36). After

reviewing Plaintiff's counsel's submissions, the Court concludes that sufficient grounds do not exist

for his withdrawal at this time. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's counsel's request to withdraw is DENIED.

The Clerk of the Court is respectfully requested to terminate the motion docketed as docket number

34.

SO ORDERED.

Dated: November 20, 2009
      New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE